Argued December 3, affirmed December 3, 1971, petition for rehearing denied as not timely filed January 4, 1972

STATE OF OREGON, *Respondent, v.* JERRY LEE CRAWFORD (No. C-55816), *Appellant.*

490 P2d 1286

*John A. Pickard,* Portland, argued the cause for appellant. With him on the brief were Dardano, Mowry & Hanson, Portland.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.